THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Marcus Lykes, Appellant.
 
 
 

Appeal From Lexington County
Edward W. Miller, Circuit Court Judge

Unpublished Opinion No. 2005-UP-157
Submitted March 1, 2005  Filed March 4, 2005

APPEAL DISMISSED

 
 
 
Acting Chief Appellate Defender Joseph L. Savitz, III, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia, and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  Lykes was convicted of two counts of distribution of crack cocaine and two counts of distribution of crack cocaine within proximity of a school.  He received a total sentence of eighteen years, and he appeals.  
Pursuant to Anders v. California, 386 U.S. 738 (1967), counsel for Lykes attached to the final brief a petition to be relieved as counsel, stating he had reviewed the record and concluded that Lykes appeal is without legal merit sufficient to warrant a new trial.  Lykes filed a separate pro se response.  
After thorough review of the record and the pro se brief pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.  
 APPEAL DISMISSED.[1]
ANDERSON, BEATTY, and SHORT, JJ., concur.

[1] Because oral argument would not aid the court in resolving the issues on appeal, we decide this case without oral argument pursuant to Rule 215, SCACR.